374 A.2d 699

Commonwealth v. Brodsky, Appellant.

Argued March 21, 1977. Richard S. Wasserbly, Assistant Public Defender, with him Martin J. King, Public Defender, for appellant; Peter F. Schenck, Assistant District Attorney, with him Kenneth G. Biehn, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.